An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HELEN MEYER, AN INDIVIDUAL;
BONNIE J. AND CARL BRUNSON,
INDIVIDUALLY, AND AS HUSBAND
AND WIFE,
Appellants,
vs.
HEALTH PLAN OF NEVADA, INC.;
AND SIERRA HEALTH SERVICES,
INC.,
Respondents.

HEALTH PLAN OF NEVADA; AND
SIERRA HEALTH SERVICES, INC.,
Appellants,
vs.
HELEN MEYER, AN INDIVIDUAL;
BONNIE J. BRUNSON; AND CARL
BRUNSON, INDIVIDUALLY, AND AS
HUSBAND AND WIFE,
Respondents.

No. 64177

**FILED**

DEC 09 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

No. 64692

## ORDER DISMISSING APPEALS

The parties' November 26, 2014, stipulation to dismiss these consolidated appeals is approved and these appeals are hereby dismissed. Because we dismiss these appeals, thereby returning jurisdiction to the district court, remanding these matters to the district court for the purpose of finalizing and fulfilling the terms of the parties' settlement is unnecessary. In accordance with the parties' stipulation, this dismissal is without prejudice to the parties' rights to reinstate their appeals if the settlement is not finalized and fulfilled. The parties shall bear their own fees and costs. NRAP 42(b).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40125

It is so ORDERED.[1]

, C.J.

cc: Hon. Timothy C. Williams, District Judge
Hon. Jennifer Togliatti, District Judge
Eglet Law Group
Holland & Hart LLP/Las Vegas
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Lewis Roca Rothgerber LLP/Las Vegas
Hogan Lovells US LLP
Kemp, Jones & Coulthard, LLP
Bartlit Beck Herman Palenchar & Scott LLP
Bryan Cave LLP/Phoenix
Eighth District Court Clerk

---

[1]In light of this order, all motions currently pending in these consolidated appeals are denied as moot. The clerk of this court shall therefore return, unfiled the opposition to the motion to dismiss and opposition to the motion to relinquish jurisdiction provisionally received on August 13, 2014; the reply to the opposition to the motion to dismiss and reply to the opposition to the motion to relinquish jurisdiction received on September 10, 2014; the reply in support of expediting this appeal received on September 17, 2014; and the reply to this court's order to show cause received on October 29, 2014.